**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01390-CV

**BRIAN ANTHONY BERARDINELLI, Appellant**

**V.**

**NOVA LYNNE PICKELS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10998**

## ORDER

We **GRANT** appellant's January 26, 2014 motion for an extension of time to file a reply

brief. Appellant shall file his reply brief on or before February 24, 2014.


/s/     ADA BROWN
          JUSTICE